1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   HUSSEIN KIETTY ALI,                          No.  1:25-cv-00578-KES-GSA (PC)

12                   Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS
13            v.
                                                   Doc. 11
14   ANDREWS, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42

18   U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 27, 2025, the assigned magistrate judge issued an order directing plaintiff to

21   show cause within fourteen (14) days why the action should not be dismissed as untimely.

22   Doc. 8.  Specifically, the magistrate judge noted that plaintiff's action is barred by the applicable

23   statute of limitations.  *Id.* at 4.  Plaintiff did not respond to the order.  On July 22, 2025, the

24   magistrate judge issued findings and recommendations recommending that this action be

25   dismissed with prejudice as untimely.  Doc. 11.  The findings and recommendations were served

26   on plaintiff and contained notice that any objections were to be filed within fourteen (14) days.

27   *Id.* at 5.  Plaintiff has not filed objections and the time to do so has passed.

28          In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de

                                                 1

novo review of this case.  Having carefully reviewed the file the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1.  The findings and recommendations issued July 22, 2025, Doc. 11, are ADOPTED IN FULL;

2.  This action is DISMISSED with prejudice;

3.  Plaintiff's application to proceed in forma pauperis, Doc. 2, is DENIED as moot; and

4.  The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 24, 2025

_____
UNITED STATES DISTRICT JUDGE